**Order entered June 29, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00261-CV

## RICHARD GOLDBERG, ET AL, Appellants

### V.

## EMR (USA HOLDINGS) INC., ET AL, Appellees

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-14064**

## ORDER
Before Chief Justice Wright, Justice Evans, and Justice Brown

By letter dated April 5, 2018, we questioned our jurisdiction over the conditional cross-appeal filed in this interlocutory appeal from an order denying appellants' motion to dismiss under chapter 27 of the civil practice and remedies code. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 27.003 (West 2015). The cross-appeal challenges two orders denying discovery.

Having reviewed the jurisdictional briefing filed by the parties at our request and applicable authorities, we conclude we lack jurisdiction over the cross-appeal. Accordingly, the cross-appeal is **DISMISSED.** *See* TEX. R. APP. P. 42.3(a); *Minett v. Snowden*, No. 05-18-00003-CV, 2018 WL 2929339, at *11-12 (Tex. App.—Dallas June 12, 2018, no pet. h.).

/s/     DAVID EVANS
             JUSTICE